FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 10-0534M |
| Anthony Howard Ransom DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __deft__, IT IS ORDERED that a detention hearing and ID hrg
is set for __Thursday__, __3/15/10__, at __10:00__ ☒ a.m. / ☐ p.m. before the
Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom __540 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __3/15/10__

_/s/ Ralph Zarefsky_
U.S. District Judge/Magistrate Judge